**John and Gwendelin KIRKLAND, et al., Respondents,**

v.

**Angie OSBORN and George Redman, Appellants.**

**No. WD 61097.**

Missouri Court of Appeals, Western District.

March 25, 2003.

Kelly C. Tobin, Kansas City, MO, for appellants.

Keith W. Ferguson, St. Joseph, MO, for respondent.

Before EDWIN H. SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

**ORDER**

PER CURIAM.

Angie Osborn and George Redman, d/b/a Knobby Hill MX Park, appeal the trial court's judgment restricting the hours of commercial operation for their motocross track in Andrew County. For rea-

sons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).

**Johnny JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61079.**

Missouri Court of Appeals, Western District.

March 25, 2003.

Mark Allen Grothoff, Assistant State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Asst. Attorney General, Jefferson City, respondent.

Before RONALD R. HOLLIGER, P.J., PAUL M. SPINDEN and JAMES M. SMART, JR., JJ.

**ORDER**

PER CURIAM.

Johnny R. Johnson appeals the denial of his Rule 29.15 motion for post conviction relief. The judgment is affirmed. Rule 84.16(b).